```
 1  NICHOLAS A. TRUTANICH
    United States Attorney
 2  District of Nevada
    Nevada Bar No. 13644
 3  LISA C. CARTIER GIROUX
    Nevada Bar No. 14040
 4  Email: Lisa.Cartier-Giroux@usdoj.gov
    KIMBERLY SOKOLICH
 5  Email: Kimberly.Sokolich@usdoj.gov
    Assistant United States Attorneys
 6  501 Las Vegas Blvd. South, Suite 1100
    Las Vegas, Nevada 89101
 7  Phone: (702) 388-6336
    Representing the United States of America
 8
```

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| United States Of America, | ) | Case No.  2:20-mj-00801-DJA |
| | ) | |
| Plaintiff, | ) | **ORDER** **To Continue Preliminary Hearing** |
| | ) | |
| vs. | ) | (Fourth Request) |
| | ) | |
| ALEJANDRO AVALOS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A Trutanich, United States Attorney; Lisa Cartier Giroux, Assistant United States Attorney; Kimberly Sokolich, Assistant United States Attorney, representing the United States of America and Kathleen Bliss, Esq., counsel for defendant Alejandro Avalos, that the preliminary hearing in the above captioned case, which is currently scheduled for February 1, 2021 at 4:00p.m., be continued and reset to a date and time convenient to the Court, but no sooner than forty-five (45) days.

1

1. Counsel for the defendant was appointed as new counsel on January 22, 2021. Defense counsel requests an opportunity to review the discovery and discuss it with Mr. Avalos prior to a preliminary hearing or indictment.

2. This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client and prepare for the preliminary hearing.

3. The defendant is detained but agrees to the continuance.

4. Both counsel for the defendant and counsel for the government agree to the continuance.

5. Federal Rule of Criminal Procedure 5.1(d) provides that a magistrate judge may extend the time limits in Rule 5.1(c) with the defendant's consent and upon a showing of good cause taking into account the public interest in the prompt disposition of criminal cases. Because the defendant requires additional time to review discovery with their client prior to the preliminary hearing, good cause exists to extend the time limits in Rule 5.1(c).

6. The time from February 1, 2021, to the new preliminary hearing date will be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), which provides that the Court may exclude time arising from a continuance upon finding that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial.

7. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendant in a speedy trial.

8. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title

18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

      9.      This is the fourth request to continue the preliminary hearing.

DATED this 25th day of January, 2021.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | */s/ Kathleen Bliss*<br>KATHLEEN BLISS<br>Counsel for Defendant Alejandro Avalos |
| */s/ Lisa C. Cartier Giroux*<br>LISA C. CARTIER GIROUX<br>Assistant United States Attorney | |
| */s/ Kimberly Sokolich*<br>KIMBERLY SOKOLICH<br>Assistant United States Attorney | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| United States Of America, | ) | Case No.  2:20-mj-00801-DJA |
| Plaintiff, | ) | **Findings and Order on Stipulation** |
| vs. | ) | |
| Alejandro Avalos, | ) | |
| Defendant. | ) | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. Counsel for the defendant was appointed as new counsel on January 22, 2021. Defense counsel requests an opportunity to review the discovery and discuss it with Mr. Avalos prior to a preliminary hearing or indictment.

2. To allow the defense time to review the discovery with their client prior to the preliminary hearing and with the defendant's consent, the preliminary hearing in this case should be continued for good cause.

3. The defendant is detained but agrees to the continuance.

4. Both counsel for the defendant and counsel for the government agree to the continuance.

5. This continuance is not sought for purposes of delay, but to allow defense counsel an opportunity to review discovery with their client prior to a preliminary hearing or indictment.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

7. The additional time requested by this stipulation is excludable in computing the time within which the indictment must be filed pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(b), and considering the factors under Title 18, United States Code, Section 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matters currently scheduled for February 1, 2021 at 4:00p.m., be vacated and continued to March 22, 2021, at 4:00 p.m., Courtroom 3A.

DATED this 25th day of January, 2021.

_____
THE HONORABLE DANIEL J. ALBREGTS
United States Magistrate Judge