# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Alejandro Avalos<br><br>  Defendant. | 2:20-mj-00801-DJA<br><br>**MINUTE ORDER** |

**PRESENT: HONORABLE DANIEL J. ALBREGTS, U.S. MAGISTRATE JUDGE**

**DEPUTY CLERK: J. Ries**      **REPORTER: NONE APPEARING**

**COUNSEL FOR PLAINTIFF(S): NONE APPEARING**

**COUNSEL FOR DEFENDANT(S): NONE APPEARING**

Defense counsel has filed Motion Pre-Plea Criminal History Assessment #30, response #31 and reply #32.

ORDERED Motion Pre-Plea Criminal History Assessment #30 is GRANTED to the extent that based on the pleadings of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY FURTHER ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED: February 18, 2021

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS, U.S. Magistrate Judge