**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ALEJANDRO AVALOS**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **ALEJANDRO AVALAOS**, <br><br> Defendant. | Case No.  2:21-CR-00092-JAD-VCF-1 |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **KIMBERLY SOKOLICH**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for ALEJANDRO AVALOS**;** that the Sentencing Hearing currently scheduled for August 9, 2021, at 11:00 a.m., be vacated and reset or a date and time convenient to the court, but no earlier than 30 days.

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody but has no objection to the continuance.

3. Defense Counsel is requesting additional time to prepare for sentencing and resolve any potential issues regarding outstanding state cases.

4. Counsel has spoken to AUSA Kimberly Sokolich and she does not oppose to the continuance.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

**DATED** this 6th day of August 2021.

| /S/ | /S/ . |
|---|---|
| **THOMAS F. PITARO** | **KIMBERLY SOKOLICH, ESQ.** |
| Nevada Bar No. 1332 | Assistant United States Attorney |
| 601 Las Vegas Blvd. South | 501 Las Vegas Blvd. South, |
| Las Vegas, Nevada 89101 | Suite 1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| **ARTAVIOUS WRIGHT** | |

**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ALEJANDRO AVALOS**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:21-CR-00092-JAD-VCF-1 |
| Plaintiff, | |
| vs. | |
| **ALEJANDRO AVALOS**, | |
| Defendant. | |

## **FINDINGS OF FACT**

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody but has no objection to the continuance.

3. Counsel has spoken to AUSA Kimberly Sokolich and she does not oppose to the continuance.

4. Defense Counsel is requesting additional time to prepare for sentencing and resolve any potential issues regarding outstanding state cases.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for August 9, 2021 at 11:00 a.m., be continued to September 27, 2021, at 3:00 p.m.

DATED this 6th day of August, 2021.

_____
**DISTRICT COURT JUDGE**