CRAIG MUELLER & ASSOCIATES, INC.
CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
808 S. SEVENTH STREET
Las Vegas, Nevada 89101
Tel: (702) 382-1200
Fax: (702) 637-4817

Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO AVALOS.,<br><br>    Defendant. | Case No. 2:21-cr-00092-JAD<br><br>**STIPULATION TO CONTINUE REVOCATION DATE (First Request)** |

  IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, acting United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for Plaintiff the United States of America, counsel for the United States of America, and Craig Mueller, Esq., counsel for defendant Alejandro Avalos, that the Revocation date currently scheduled for July 12, 2022 at 2:00 p.m. be vacated and continued to a date and time convenient to the Court, but no sooner than 90 days.

    The Stipulation is entered into for the following reasons:

    1.    Defendant's revocation hearing date is currently scheduled for July 12, 2022. The defendant picked up a new DUI and a complaint has not been filed and is scheduled for a Status Check on the filing of the complaint on October 12, 2022.

    2.    The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for revocation hearing.

This is the first stipulation to continue filed herein.

DATED this 7TH day of July 2022.

| Defendant ALEJANDRO AVALOS | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By: /s/Craig A. Mueller<br>CRAIG A. MUELLER, ESQ.<br>Counsel For Defendants | By: /s/Kimberly Sokolich<br>KIMBERLY SOKOLICH, ESQ.<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO AVALOS,<br><br>Defendant. | Case No. 2:21-CR-00092-JAD<br><br>**STIPULATION TO CONTINUE REVOCATION DATE (First Request)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant's revocation hearing date is currently scheduled for July 12, 2022. The defendant picked up a new DUI and a complaint has not been filed and is scheduled for a Status Check on the filing of the complaint on October 12, 2022

2. The defendant is not in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials and to prepare for revocation hearing.

/ / / / /

/ / / / /

/ / / / /

## **ORDER**

IT IS ORDERED that the sentencing hearing currently scheduled for July 12, 2022 at 2:00 p.m. be vacated and continued to October 11, 2022, at 3:00 p.m.

Dated this 11th day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE