CRAIG MUELLER & ASSOCIATES, INC.
CRAIG A. MUELLER, ESQ.
Nevada Bar No. 4703
808 S. SEVENTH STREET
Las Vegas, Nevada 89101
Tel: (702) 382-1200
Fax: (702) 637-4817

Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ALEJANDRO AVALOS,<br><br>      Defendant. | Case No. 2:21-cr-00092-JAD<br><br>**STIPULATION TO CONTINUE REVOCATION DATE (Fourth Request)** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson, United States Attorney, and Kimberly Sokolich, Assistant United States Attorney, counsel for Plaintiff the United States of America, and Craig Mueller, Esq., counsel for defendant Alejandro Avalos, that the Revocation date currently scheduled for May 16, 2023 at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than 60 days.

   The Stipulation is entered into for the following reasons:

   1.   Defendant's revocation hearing date is currently scheduled for May 16, 2023. The defendant picked up new criminal charges and is scheduled for a Pretrial Hearing on June 21, 2023. Defendant is currently in state custody.

   2.   The defendant is in custody and does not object to the continuance.

   3.   The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials considering defendant's recent arrest and to prepare for the revocation hearing.

This is the fourth stipulation to continue filed herein.

DATED this 15TH day of May 2023.

| Defendant ALEJANDRO AVALOS | JASON FRIERSON<br>United States Attorney |
|---|---|
| By: _/s/Craig A. Mueller_____<br>   CRAIG A. MUELLER, ESQ.<br>   Counsel For Defendants | By: _/s/Kimberly Sokolich_____<br>   KIMBERLY SOKOLICH, ESQ.<br>   Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00092-JAD |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION DATE (First Request)** |
| v. | |
| ALEJANDRO AVALOS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant's revocation hearing date is currently scheduled for May 16, 2023. The defendant picked up new criminal charges and is scheduled for a Pretrial Hearing on June 21, 2023. Defendant is currently in state custody.

2. The defendant is in custody and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow defense counsel sufficient time within which to be able to effectively complete a review of the discovery materials considering defendant's recent arrest and to prepare for the revocation hearing.

**ORDER**

IT IS ORDERED that the revocation hearing currently scheduled for May 16, 2023 at 10:00 a.m. be vacated and continued to July 24, 2023, at 2:00 p.m.

Dated this 15th day of May, 2023.

_____
UNITED STATES DISTRICT COURT
JUDGE JENNIFER DORSEY